IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CARTER | : | CIVIL ACTION |
| vs. | : | |
| TABB BICKELL, et al. | : | NO. 13-cv-7293 |

FILED

DEC 30 2014

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 29th day of December, 2014, upon careful and independent consideration of the petition for writ of habeas corpus (doc. no. 1), the petition for stay and abeyance (doc. no. 2), the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (doc. no. 19), and petitioner's objections thereto (doc. no. 21), it is ordered that:

1. Petitioner's objections are overruled.

2. The Report and Recommendation is approved and adopted.

3. The petition for stay and abeyance and the petition for writ of habeas corpus are denied.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

12-30-14
cc: J. Carter